

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 01-00018-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| DANIEL R. DEL PRIORE | ) | |
| Defendant. | ) | |

On September 14, 2001, Daniel Raymond Del Priore was sentenced by the Honorable Alex R. Munson for Mail Fraud, in violation of Title 18 U.S.C. § 1341. He received a twenty-one month term of imprisonment, followed by a thirty-six month term of supervised release with conditions to: pay a $900 special assessment fee; pay $359,727.43 in restitution; refrain from any and all alcoholic beverages, and submit to testing and necessary treatment; obtain and maintain gainful employment; not incur any new credit charges or open additional lines of credit; and provide the U.S. Probation Office access to any requested financial information. He has been on supervised release since June 6, 2003.

Mr. Del Priore is requesting the Court's permission to travel to Saipan, Commonwealth of the Northern Mariana Islands, for a day trip on December 12, 2005, for the purpose of recording documents for a client of his employer, Gorman and Gavras. He also placed a meeting with his realtor to finalize property sales for his restitution.

REQUEST TO TRAVEL
Re: DEL PRIORE, Daniel R.
USDC Cr. Cs. No. 01-00018-001
December 7, 2005
Page 2


      To date, Mr. Del Priore has been compliant with his conditions. He paid his $900 special assessment fee on September 21, 2001, and has paid a total of $103,986.52 towards his restitution obligation. He is working towards collecting debts owed to his former law office to satisfy his liabilities. He has tested consistently negative for alcohol use and was deemed not to need substance abuse treatment when assessed on July 1, 2003. Mr. Del Priore has been allowed to travel to Saipan on several occasions and has returned without incidence. This officer supports Mr. Del Priore's request and seeks the Court's approval to allow him travel to Saipan.

      Respectfully Submitted,

      FRANK MICHAEL CRUZ
      Chief U. S. Probation Officer

By: *Judy Anne L. Ocampo*
      JUDY ANNE L. OCAMPO
      U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File