| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

---

**Daniel R. Del Priore**
**USDC Cr. Cs. #01-00018-001**
**SS# XXX-XX-3027**
**DOB: XX-XX-1946**
**HT: 5' 8" / WT: 190 lbs.**



DATE: **December 7, 2005**

# FILED

DISTRICT COURT OF GUAM

DEC - 8 2005

MARY L.M. MORAN
~~CLERK OF COURT~~

YOU ARE AUTHORIZED TO TRAVEL TO     **Saipan, N.M.I.**

LEAVING     **December 12, 2005**     AND RETURNING     **December 12, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business trip - Record documents and meet with realtor re: land sale for restitution.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Saipan, N.M.I.;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/ location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

*Judy Anne L. Ocampo*
**Judy Anne L. Ocampo**

UNITED STATES PROBATION OFFICER

NAME     **Not Applicable**

ADDRESS

**RECEIVED**

~~DEC - 8 2005~~

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

[X] APPROVED     [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL