PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED**
DISTRICT COURT OF GUAM
JUL 28 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

DANIEL RAYMOND DEL PRIORE

CRIMINAL CASE NO. 01-00018-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **June 5, 2006**. Additionally, according to the U.S. Attorney's Office Financial Litigation Unit, Mr. Del Priore has an outstanding restitution balance of $255,740.91. Oversight of his restitution condition is now with the U.S. Attorney's Financial Litigation Unit. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

*[signature]*
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
Investigation Unit Leader

cc: Mark Kondas, AUSA
John E. Moore, Defense Counsel
File

**RECEIVED**
JUL 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 28 day of July 2006.

*[signature]*
JAMES WARE
Designated District Judge